**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**
    **IVYS J. MALDONADO,**
        SSN: \*\*\*-\*\*-8765, and        **CHAPTER 13**
    **ISMAEL MENDOZA,**                **CASE NO. 10-10594-JNF**
        SSN: \*\*\*-\*\*-7370,
        **Debtors**

## MOTION TO WITHDRAW

Now comes the undersigned counsel, Attorney Susan Grossberg ("Counsel") and pursuant to MLRB 13-6(a)(3) requests that this Honorable Court allow her to withdraw from representation of Ivys J. Maldonado and Ismael Mendoza, the above captioned debtors (the "Debtors") as there has been an irretrievable breakdown in the attorney-client relationship. The undersigned further requests that all pending deadlines in the proceeding be extended by a period of at least 30 days to allow the Debtors sufficient time to engage successor counsel.

                                                            Respectfully submitted,

Dated: May 6, 2010                                         /s/ Susan Grossberg
                                                           Susan Grossberg
                                                           (BBO # 561461)
                                                           100 Franklin Street
                                                           Boston, MA 02110
                                                           617-357-5555
                                                           Email: SG@GrossbergLawOffices.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**

| | |
|---|---|
| **IVYS J. MALDONADO,** | |
| SSN: \*\*\*-\*\*-8765, and | **CHAPTER 13** |
| **ISMAEL MENDOZA,** | **CASE NO. 10-10594-JNF** |
| SSN: \*\*\*-\*\*-7370, | |
| **Debtors** | |

**CERTIFICATE OF SERVICE**

I, Susan Grossberg, certify that on this day I electronically filed the enclosed **Motion to Withdraw** with the U. S. Bankruptcy Court for the District of Massachusetts using the CM/ECF System and thereby served same upon the following CM/ECF participants:

* Carolyn Bankowski-13    13trustee@ch13boston.com
* Sean B. Cullen    sbrendancullen@comcast.net, bankruptcy@guaettalaw.com
* John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
* Susan Grossberg    GrossbergECF@yahoo.com
* Andrea Haddad    andrea.d.haddad@irscounsel.treas.gov
* Michael E. Hager    mehager75@hotmail.com

A separate certificate of service of said documents by first-class mail, postage prepaid, on the non-CM/ECF participants will be filed separately.

Dated:  May 6, 2010                    /s/ Susan Grossberg
                                        Susan Grossberg
                                        (BBO # 561461)
                                        100 Franklin Street
                                        Boston, MA 02110
                                        617-357-5555
                                        Email: SG@GrossbergLawOffices.com